**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **New York's Premier Group LLC** |
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-2153316** |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **635 Plank Road** <br> **Clifton Park, NY 12065** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Saratoga** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)    **https://www.newyorkspremiergroup.com/**

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **New York's Premier Group LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
    2381

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **New York's Premier Group LLC**                                    Case number (*if known*) _____
      Name

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ | |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor   **New York's Premier Group LLC**                    Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **New York's Premier Group LLC**                                    Case number (*if known*) _____
           Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 23, 2024**
               MM / DD / YYYY

**X** **/s/ Johnathan Vincent** _____        **Johnathan Vincent** _____
     Signature of authorized representative of debtor           Printed name

Title    **Managing Member** _____

---

**18. Signature of attorney**    **X** **/s/ Michael Boyle** _____    Date **November 23, 2024**
                                    Signature of attorney for debtor              MM / DD / YYYY

**Michael Boyle** _____
Printed name

**Boyle Legal LLC** _____
Firm name

**64 2nd Street**
**Troy, NY 12180** _____
Number, Street, City, State & ZIP Code

Contact phone    **518-687-1648** _____    Email address    **mike@boylebankruptcy.com** _____

**519211 NY** _____
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name   **New York's Premier Group LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 23, 2024**     *X* **/s/ Johnathan Vincent**
                                         Signature of individual signing on behalf of debtor

                                         **Johnathan Vincent**
                                         Printed name

                                         **Managing Member**
                                         Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **New York's Premier Group LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ABC Supply Co. One ABC Parkway Beloit, WI 53511** | | **Supplies** | | | | $239,087.00 |
| **Ally Financial PO Box 8138 Cockeysville, MD 21030** | | **2022 Ram 2500 (VIN #1471). KBB Estimated Value as of 11/23/24 "Good" Condition** | | $59,398.00 | $47,857.00 | $11,541.00 |
| **Beacon Roofing Supply 24 Railroad Ave Albany, NY 12205** | | **Materials** | | | | $52,855.00 |
| **Bluevine Inc. 30 Montgomery Street, Suite 1400 Jersey City, NJ 07302** | | **UCC (3rd Position) - Cash Collateral** | **Disputed** | $97,605.00 | $0.00 | $97,605.00 |
| **Capytal.com 1545 Route 202, Suite 203 Pomona, NY 10970** | | **UCC (8th Position) - Blanket Lien - Disputed** | | $45,000.00 | $0.00 | $45,000.00 |
| **Channel Partners Capital, LLC 10900 Wayzata Blvd, Suite 300 Hopkins, MN 55305** | | **UCC (4th Position) - Blanket Lien - Disputed** | **Disputed** | $91,122.00 | $0.00 | $91,122.00 |
| **Curtis Lumber 885 NY-67 Ballston Spa, NY 12020** | | **Materials** | | | | $118,697.00 |
| **DCW Media 895 Marconi Ave Ronkonkoma, NY 11779** | | **Business Services** | **Disputed** | | | $121,729.00 |
| **Erie Materials 99 Railroad Ave Albany, NY 12205** | | **Supplies** | | | | $661,720.00 |

Debtor   **New York's Premier Group LLC**                                      Case number *(if known)* _____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **First-Citizens Bank & Trust Co. Attn: President 239 Fayetteville St Raleigh, NC 27601** | | **2019 Ford F-350 (VIN #1348). KBB Estimated Value as of 11/23/24 "Good" Condition** | | **$160,000.00** | **$54,291.00** | **$105,709.00** |
| **Insta Funding LLC 6 Landmark Square 4th Floor Stamford, CT 06901** | | **UCC (6th Position) - Blanket Lien - Disputed** | **Disputed** | **$80,000.00** | **$0.00** | **$80,000.00** |
| **Lansing Building Products 2221 Edward Holland Drive, Suite 300 Richmond, VA 23230** | | **Supplies** | | | | **$24,942.13** |
| **LM Construction 1 Corp 24 Carol Ann Drive Albany, NY 12205** | | **Subcontractor** | | | | **$6,355.00** |
| **Main Street Merchant Services, Inc. 360 Motor Parkway Suite 200B Hauppauge, NY 11788** | | **UCC (7th Position) - Blanket Lien - Disputed** | **Disputed** | **$10,000.00** | **$0.00** | **$10,000.00** |
| **Quick Funding Group, LLC 99 West Hawthorn Avenue Valley Stream, NY 11580** | | **MCA - Upon information and belief, no UCC filed.** | | | | **$25,000.00** |
| **Quid Holdings 500 West Putnam Avenue Suite 400 Greenwich, CT 06830** | | **UCC (9th Position) - Blanket Lien - Disputed** | **Disputed** | **$68,000.00** | **$0.00** | **$68,000.00** |
| **R.P. Construction & Service Corp 22 Oregon Ave Rensselaer, NY 12144** | | **Subcontractor** | | | | **$12,800.00** |
| **Shesho Construction Inc 278 Manning Blvd Apt 1 Albany, NY 12206** | | **Subcontractor** | | | | **$12,911.00** |

| Debtor | **New York's Premier Group LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **TCM Bank N.A. Attn: President 3501 E Frontage Road Suite 200 Tampa, FL 33607** | | **Business CCs** | | | | **$11,949.00** |
| **Toro LLC 5965 S. 900 E. Suite 300 Salt Lake City, UT 84121** | | **UCC (2nd Position) - Disputed - Believed Paid Off** | **Disputed** | **$45,841.00** | **$0.00** | **$45,841.00** |

**Fill in this information to identify the case:**

Debtor name **New York's Premier Group LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ _____0.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $ ___991,455.97_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $ ___991,455.97_

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ ___661,466.00_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ ___16,124.74_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ ___1,308,840.13_

4. **Total liabilities** .....................................................................................................................
   Lines 2 + 3a + 3b

$ ___1,986,430.87_

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **New York's Premier Group LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an
   amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Balston Spa National Bank** | **Checking** | **9377** | **$4,262.00** |
| 3.2. | **NBT Bank** | **Checking** | **9420** | **$38,880.00** |
| 3.3. | **NBT Bank** | **Checking** | **9471** | **$6,634.00** |
| 3.4. | **Chase Bank** | **Checking** | **7160** | **$2,000.00** |

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$51,776.00** |
|---|

### Part 2:  Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

Debtor    **New York's Premier Group LLC**                                Case number *(If known)* _____
       <sub>Name</sub>

---

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less: _____**361,000.97**_____ - _____**0.00**_____ = ....     **$361,000.97**
                    <sub>face amount</sub>            <sub>doubtful or uncollectible accounts</sub>

11b. Over 90 days old: _____**344,000.00**_____ - _____**60,000.00**_____ =....     **$284,000.00**
                    <sub>face amount</sub>            <sub>doubtful or uncollectible accounts</sub>

12.   **Total of Part 3.**                                                                    **$645,000.97**
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  Raw materials **Raw Materials** | | **$0.00** | | **$50,000.00** |

20.   **Work in progress**

21.   **Finished goods, including goods held for resale**

22.   **Other inventory or supplies**

23.   **Total of Part 5.**                                                                    **$50,000.00**
     Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

---

Debtor    **New York's Premier Group LLC**                          Case number *(If known)* _____
_____
Name

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Office Furniture** | **$0.00** | | **$10,000.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Electronics - Computers, Drones** | **$0.00** | | **$7,500.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| **$17,500.00** |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Debtor    **New York's Premier Group LLC**                    Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| 47.1. | **2019 Ford F-350 (VIN #1348). KBB Estimated Value as of 11/23/24 "Good" Condition** | $0.00 | $54,291.00 |
| 47.2. | **2019 Chevy Silverado 2500 HD (VIN #4844). KBB Estimated Value as of 11/23/24 "Good" Condition** | $0.00 | $34,233.00 |
| 47.3. | **2022 Ram 2500 (VIN #1471). KBB Estimated Value as of 11/23/24 "Good" Condition** | $0.00 | $47,857.00 |
| 47.4. | **2017 Ram Promaster Van (VIN # 4686). KBB Estimated Value as of 11/23/24 "Good" Condition** | $0.00 | $9,938.00 |
| 47.5. | **2016 Ram Promaster Van (VIN #9517). KBB Estimated Value as of 11/23/24 "Good" Condition** | $0.00 | $11,673.00 |
| 47.6. | **2023 Big Tex 19-foot dump trailer (VIN #4048). Estimated value based on available comps** | $0.00 | $7,500.00 |
| 47.7. | **2015 Ram Promaster Van (VIN #3692). KBB Estimated Value as of 11/23/24 "Good" Condition** | $0.00 | $9,187.00 |
| 47.8. | **2023 Big Tex 19-foot dump trailer (VIN #7410). Estimated value based on available comps** | $0.00 | $7,500.00 |
| 47.9. | **2023 Intimidator Dump Trailer** | $0.00 | $10,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
       **Tools and Equipment**                               $0.00              $35,000.00

51.    **Total of Part 8.**                                                    | $227,179.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

| Debtor | **New York's Premier Group LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

☑ No

☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.

☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.

☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.

☐ Yes Fill in the information below.

Debtor    **New York's Premier Group LLC**                                Case number *(If known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $51,776.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $645,000.97 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $50,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $17,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $227,179.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $991,455.97 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $991,455.97 |

**Fill in this information to identify the case:**

Debtor name    **New York's Premier Group LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Ally Financial** | Describe debtor's property that is subject to a lien | $59,398.00 | $47,857.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Ram 2500 (VIN #1471). KBB Estimated Value as of 11/23/24 "Good" Condition** | | |
| | **PO Box 8138 Cockeysville, MD 21030** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | **Date debt was incurred** | Is anyone else liable on this claim? | | |
| | | ■ No | | |
| | **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| 2.2 | **Barco Rent a Truck** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Four Ram Truck Leases** | | |
| | **717 South 5600 West Salt Lake City, UT 84104** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Vehicle Leases** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | **Date debt was incurred** | Is anyone else liable on this claim? | | |
| | | ■ No | | |
| | **Last 4 digits of account number** **UNKN** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | | |

| Debtor | **New York's Premier Group LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.

---

| 2.3 | **Bluevine Inc.** | Describe debtor's property that is subject to a lien | $97,605.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **UCC (3rd Position) - Cash Collateral** | | |

**30 Montgomery Street,
Suite 1400
Jersey City, NJ 07302**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known
■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
UNKN**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

■ No
☐ Unliquidated

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
■ Disputed

---

| 2.4 | **Capytal.com** | Describe debtor's property that is subject to a lien | $45,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **UCC (8th Position) - Blanket Lien - Disputed** | | |

**1545 Route 202, Suite 203
Pomona, NY 10970**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known
■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
UNKN**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

■ No
☐ Unliquidated

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
☐ Disputed

---

| 2.5 | **Channel Partners Capital, LLC** | Describe debtor's property that is subject to a lien | $91,122.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **UCC (4th Position) - Blanket Lien - Disputed** | | |

**10900 Wayzata Blvd, Suite
300
Hopkins, MN 55305**
Creditor's mailing address

**Describe the lien
UCC**

Debtor    **New York's Premier Group LLC**                          Case number (if known) _____
          Name

_____
Creditor's email address, if known

**Date debt was incurred**
**5/13/24**

**Last 4 digits of account number**
**28BW**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **First-Citizens Bank & Trust Co.** | | $160,000.00 | $54,291.00 |
|-----|-------------------------------------|---|-------------|------------|

Creditor's Name

**Attn: President**
**239 Fayetteville St**
**Raleigh, NC 27601**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2019 Ford F-350 (VIN #1348). KBB Estimated Value as of 11/23/24 "Good" Condition**

**Describe the lien**
**Lien on all owned vehicles**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**3/17/23**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **First-Citizens Bank & Trust Co.** | | $0.00 | $34,233.00 |
|-----|-------------------------------------|---|-------|------------|

Creditor's Name

**Attn: President**
**239 Fayetteville St**
**Raleigh, NC 27601**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2019 Chevy Silverado 2500 HD (VIN #4844). KBB Estimated Value as of 11/23/24 "Good" Condition**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor  **New York's Premier Group LLC**                                    Case number (if known)  _____
          Name

☑ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **First-Citizens Bank & Trust Co.** | | | | $0.00 | $9,938.00 |

Creditor's Name

**Attn: President
239 Fayetteville St
Raleigh, NC 27601**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2017 Ram Promaster Van (VIN # 4686). KBB Estimated Value as of 11/23/24 "Good" Condition**

**Describe the lien**

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **First-Citizens Bank & Trust Co.** | | | | $0.00 | $11,673.00 |

Creditor's Name

**Attn: President
239 Fayetteville St
Raleigh, NC 27601**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2016 Ram Promaster Van (VIN #9517). KBB Estimated Value as of 11/23/24 "Good" Condition**

**Describe the lien**

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **First-Citizens Bank & Trust Co.** | | | | $0.00 | $9,187.00 |

Creditor's Name

**Attn: President
239 Fayetteville St
Raleigh, NC 27601**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2015 Ram Promaster Van (VIN #3692). KBB Estimated Value as of 11/23/24 "Good" Condition**

**Describe the lien**

---

| Debtor | **New York's Premier Group LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

|  | | |
|---|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?** | |
| | ■ No | |
| | ☐ Yes | |
| **Date debt was incurred** | **Is anyone else liable on this claim?** | |
| | ■ No | |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |

---

| 2.1 1 | **First-Citizens Bank & Trust Co.** | | | $0.00 | $7,500.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | | | |
| | **Attn: President** **239 Fayetteville St** **Raleigh, NC 27601** | **2023 Big Tex 19-foot dump trailer (VIN #7410). Estimated value based on available comps** | | | |
| | Creditor's mailing address | | | | |
| | | **Describe the lien** | | | |
| | | **Is the creditor an insider or related party?** | | | |
| | | ■ No | | | |
| | Creditor's email address, if known | ☐ Yes | | | |
| | | **Is anyone else liable on this claim?** | | | |
| | **Date debt was incurred** | ■ No | | | |
| | **3/2023** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | | |
| | **Last 4 digits of account number** | | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | | |
| | ■ No | ☐ Contingent | | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |

---

| 2.1 2 | **Heartland Capital Investments LLC** | | | $4,500.00 | $7,500.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | | | |
| | **1104 Paris Rd** **Mayfield, KY 42066-3328** | **2023 Big Tex 19-foot dump trailer (VIN #4048). Estimated value based on available comps** | | | |
| | Creditor's mailing address | | | | |
| | | **Describe the lien** | | | |
| | | **Is the creditor an insider or related party?** | | | |
| | | ■ No | | | |
| | Creditor's email address, if known | ☐ Yes | | | |
| | | **Is anyone else liable on this claim?** | | | |
| | **Date debt was incurred** | ■ No | | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | | |
| | **Last 4 digits of account number** | | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | | |

Debtor **New York's Premier Group LLC**

Name

Case number *(if known)*

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Insta Funding LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**6 Landmark Square 4th Floor**
**Stamford, CT 06901**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC (6th Position) - Blanket Lien - Disputed**

$80,000.00          $0.00

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**UNKN**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.1 4 | **Main Street Merchant Services, Inc.** | | | |
|---|---|---|---|---|

Creditor's Name

**360 Motor Parkway Suite 200B**
**Hauppauge, NY 11788**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC (7th Position) - Blanket Lien - Disputed**

$10,000.00          $0.00

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.1 5 | **Ocean Funding Corp** | | | |
|---|---|---|---|---|

Creditor's Name

**1000 NW 65th Street Suite 103**
**Fort Lauderdale, FL 33309**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC (1st Position) - Disputed - Paid Off approximately 5/2024**

$0.00          $0.00

**Describe the lien**

---

| Debtor | **New York's Premier Group LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.16**

**Quid Holdings**
Creditor's Name

**500 West Putnam Avenue
Suite 400
Greenwich, CT 06830**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**UNKN**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**UCC (9th Position) - Blanket Lien - Disputed**                    $68,000.00        $0.00

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.17**

**The LCF Group Inc.**
Creditor's Name

**3000 Marcus Avenue, Suite 2W15
New Hyde Park, NY 11042**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**UCC (5th Position) - Blanket Lien - Disputed - Paid Off**                    $0.00        $0.00

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| Debtor | **New York's Premier Group LLC** | | Case number *(if known)* | |
| | Name | | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 8 | **Toro LLC** | Describe debtor's property that is subject to a lien | $45,841.00 | $0.00 |
| | Creditor's Name | **UCC (2nd Position) - Disputed - Believed Paid Off** | | |

**5965 S. 900 E. Suite 300
Salt Lake City, UT 84121**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $661,466.00

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Maurice Wutscher LLP
Attn: Alan C. Hochheiser, Esq.
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122** | Line  **2.14** | |

**Fill in this information to identify the case:**

Debtor name **New York's Premier Group LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Bradley Coffey**<br>**215 Goode Street**<br>**Burnt Hills, NY 12027** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,200.00 | $2,200.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Coreena Monroe**<br>**83 Middle Street #1**<br>**Ballston Spa, NY 12020** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,400.00 | $1,400.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **New York's Premier Group LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,177.68** | **$1,176.68** |
|---|---|---|---|---|
| | **Denise Matusaltis**<br>**184 Sycamore Street**<br>**Albany, NY 12209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,047.33** | **$0.00** |
|---|---|---|---|---|
| | **Jackson Ciavardoni**<br>**2292 Helderberg Ave**<br>**Schenectady, NY 12306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,547.36** | **$1,547.36** |
|---|---|---|---|---|
| | **James Fitzgibbon**<br>**17 Plan Road**<br>**Clifton Park, NY 12065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,355.76** | **$1,355.76** |
|---|---|---|---|---|
| | **Michael Quinn**<br>**1410 Curry Road Apt. 736**<br>**Schenectady, NY 12306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **New York's Premier Group LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,346.16 | $1,346.16 |
|---|---|---|---|---|

**Nicholas Smith**
**107 Ryder Rd.**
**Broadalbin, NY 12025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,850.45 | $2,850.45 |
|---|---|---|---|---|

**Richard Monroe Jr.**
**9 Gleneagles Blvd.**
**Ballston Lake, NY 12019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,200.00 | $1,200.00 |
|---|---|---|---|---|

**Theresa Roy**
**8 Wall Street, Unit 411**
**Clifton Park, NY 12065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $239,087.00 |
|---|---|---|---|

**ABC Supply Co.**
**One ABC Parkway**
**Beloit, WI 53511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplies**

Last 4 digits of account number  **1437**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,855.00 |
|---|---|---|---|

**Beacon Roofing Supply**
**24 Railroad Ave**
**Albany, NY 12205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Materials**

Last 4 digits of account number  **8585**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **New York's Premier Group LLC** | Case number (*if known*) | |
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,465.00**

**Corporate Turnaround**
**95 State Rte 17**
**Paramus, NJ 07652**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  UNKN**

Basis for the claim:  **Workout services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$118,697.00**

**Curtis Lumber**
**885 NY-67**
**Ballston Spa, NY 12020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  2828**

Basis for the claim:  **Materials**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$121,729.00**

**DCW Media**
**895 Marconi Ave**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  UNKN**

Basis for the claim:  **Business Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dennis Carpenter**
**441 Pleines Road**
**Chester, VT 05143**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  NA**

Basis for the claim:  **Client Dispute**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$661,720.00**

**Erie Materials**
**99 Railroad Ave**
**Albany, NY 12205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  EW08**

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,410.00**

**KG Home Solutions Inc.**
**564 Kirbytown Road**
**Middletown, NY 10940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  UNKN**

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,942.13**

**Lansing Building Products**
**2221 Edward Holland Drive, Suite 300**
**Richmond, VA 23230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  2218**

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **New York's Premier Group LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address
**LM Construction 1 Corp**
**24 Carol Ann Drive**
**Albany, NY 12205**

Date(s) debt was incurred _
Last 4 digits of account number **NA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ☒ No  ☐ Yes

**$6,355.00**

---

**3.11** | Nonpriority creditor's name and mailing address
**Luis CS Construction Inc**
**77 N Main Ave**
**Albany, NY 12203**

Date(s) debt was incurred _
Last 4 digits of account number **NA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ☒ No  ☐ Yes

**$2,120.00**

---

**3.12** | Nonpriority creditor's name and mailing address
**PVC Construction Corp**
**580 Morris Street**
**Albany, NY 12208**

Date(s) debt was incurred _
Last 4 digits of account number **NA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ☒ No  ☐ Yes

**$4,100.00**

---

**3.13** | Nonpriority creditor's name and mailing address
**Quick Funding Group, LLC**
**99 West Hawthorn Avenue**
**Valley Stream, NY 11580**

Date(s) debt was incurred _
Last 4 digits of account number **UNKN**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MCA - Upon information and belief, no UCC filed.**

Is the claim subject to offset? ☒ No  ☐ Yes

**$25,000.00**

---

**3.14** | Nonpriority creditor's name and mailing address
**R.P. Construction & Service Corp**
**22 Oregon Ave**
**Rensselaer, NY 12144**

Date(s) debt was incurred _
Last 4 digits of account number **NA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ☒ No  ☐ Yes

**$12,800.00**

---

**3.15** | Nonpriority creditor's name and mailing address
**RC General Construction Inc.**
**1111 Upper Plains Road**
**Salisbury, VT 05769**

Date(s) debt was incurred _
Last 4 digits of account number **NA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ☒ No  ☐ Yes

**$5,500.00**

---

**3.16** | Nonpriority creditor's name and mailing address
**Shesho Construction Inc**
**278 Manning Blvd Apt 1**
**Albany, NY 12206**

Date(s) debt was incurred _
Last 4 digits of account number **NA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ☒ No  ☐ Yes

**$12,911.00**

---

| Debtor | **New York's Premier Group LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,949.00 |
|---|---|---|---|

**TCM Bank N.A.**
**Attn: President**
**3501 E Frontage Road Suite 200**
**Tampa, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business CCs**

Last 4 digits of account number  **UNKN**

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|---|---|---|---|

**W&D Service Corp**
**53 Chatterton Ave**
**White Plains, NY 10606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Subcontractor**

Last 4 digits of account number  **NA**

Is the claim subject to offset? ■ No ☐ Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 16,124.74 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,308,840.13 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,324,964.87 |

**Fill in this information to identify the case:**

Debtor name    **New York's Premier Group LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Four Pick-up truck leases.** | |
| State the term remaining | **Barco Rent a Truck**<br>**717 South 5600 West**<br>**Salt Lake City, UT 84104** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **New York's Premier Group LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | City          State    Zip Code | | | |
| 2.2 | _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | City          State    Zip Code | | | |
| 2.3 | _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | City          State    Zip Code | | | |
| 2.4 | _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | City          State    Zip Code | | | |

**Fill in this information to identify the case:**

Debtor name   **New York's Premier Group LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | ☐ Operating a business<br>■ Other **Business Operations (Est.)** | **$5,000,000.00** |
   | **For prior year:** From **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other **Business Operations** | **$4,800,000.00** |
   | **For year before that:** From **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other **Business Operations** | **$1,700,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|

Debtor   **New York's Premier Group LLC**                          Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. **Erie Materials**<br>**99 Railroad Avenue**<br>**Albany, NY 12205** | | **$212,840.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Johnathan Vincent**<br>**6B Margies Way**<br>**Stillwater, NY 12170**<br>**Owner** | **Periodic** | **$175,000.00** | **Owner's Draw.** |
| 4.2. **Theresa Roy**<br><br>**Owner's Mother** | **Weekly<br>($1200/week)** | **$62,400.00** | **Wages** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **New York's Premier Group LLC** | Case number *(if known)* | |

■ None

---

**Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:** **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:** **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Boyle Legal LLC** | **Pre-petition Retainer and Filing Fee** | **10/2024** | **$16,380.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Gregory Downey** | | | **$12,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

Debtor    **New York's Premier Group LLC**                                    Case number *(if known)* _____

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. | **2023 US 9** **Ballston Spa, NY 12020** |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Names, Addresses, Phone Numbers** _____

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor   **New York's Premier Group LLC**                              Case number *(if known)* _____

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Secure-It Storage**<br>**443 Route 146**<br>**Clifton Park, NY 12065** | **Theresa Roy - Office Manager** | **Materials** | ☐ No<br>■ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.

☐ Yes. Provide details below.

Debtor    **New York's Premier Group LLC**                                   Case number *(if known)* _____

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
|  |  |  |  |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
|  |  |  |  |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
|  |  |  |  |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

- ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
|  |  |  |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Theresa Roy** |  |
| 26a.2.    **Brian Daley, CPA**<br>**999 NY-146**<br>**Clifton Park, NY 12065** |  |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

- ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

- ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
|  |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

- ■ None

| Name and address |
|---|
|  |

| Debtor | **New York's Premier Group LLC** | Case number *(if known)* | |
|---|---|---|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Johnathan Vincent** | | **Sole Member** | **100** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Johnathan Vincent** | **Approx $170,000.00** | **Periodic** | **Owner Draw** |
| | **Relationship to debtor** **Owner** | | | |
| 30.2. | **Theresa Roy** | **$1200/weekly** | **Weekly** | **Wage/Salary** |
| | **Relationship to debtor** **Owner's Mother** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Debtor | **New York's Premier Group LLC** | Case number *(if known)* |
|---|---|---|

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **November 23, 2024**

**/s/ Johnathan Vincent**                                    **Johnathan Vincent**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of New York

In re   **New York's Premier Group LLC**                                    Case No. _____

                                           Debtor(s)                    Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**

   For legal services, I have agreed to accept ..............................   $ _____

   Prior to the filing of this statement I have received ...................   $ _____

   Balance Due ...............................................................   $ _____

   ☑ **RETAINER**

   For legal services, I have agreed to accept and received a retainer of ....   $          **15,000.00**

   The undersigned shall bill against the retainer at an hourly rate of .......   $            **375.00**
   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
   fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f); plan preparation and confirmation; valuation hearings; representation of the debtors in any dischargeability actions or any other adversary proceeding.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Any non-Bankruptcy legal services unless otherwise agreed upon and approved by the Court through proper application to employ.**

In re    **New York's Premier Group LLC** _____    Case No. _____
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**November 23, 2024** _____          **/s/ Michael Boyle** _____
_Date_                                            **Michael Boyle**
                                                  _Signature of Attorney_
                                                  **Boyle Legal LLC**
                                                  **64 2nd Street**
                                                  **Troy, NY 12180**
                                                  **518-687-1648   Fax: 518-516-5075**
                                                  **mike@boylebankruptcy.com** _____
                                                  _Name of law firm_

# United States Bankruptcy Court
### Northern District of New York

In re  **New York's Premier Group LLC**                                    Case No.
                                                    Debtor(s)          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Johnathan Vincent** | **A** | **100** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **November 23, 2024**                  Signature  **/s/ Johnathan Vincent**
                                                       **Johnathan Vincent**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re    **New York's Premier Group LLC**                                    ,

                                  Debtor                          Case No.

                                                            Chapter    **11**
Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
**82-2153316**

## CERTIFICATION OF MAILING MATRIX

I,(we),  **Michael Boyle**  , the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or

petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been

compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the

schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Dated:    **November 23, 2024**

                                        **/s/ Michael Boyle**
                                        **Michael Boyle**
                                        Attorney for Debtor/Petitioner
                                        (Debtor(s)/Petitioner(s))

ABC Supply Co.
Acct No 1437
One ABC Parkway
Beloit, WI 53511


Ally Financial
PO Box 8138
Cockeysville, MD 21030


Barco Rent a Truck
Acct No UNKN
717 South 5600 West
Salt Lake City, UT 84104


Barco Rent a Truck
717 South 5600 West
Salt Lake City, UT 84104


Beacon Roofing Supply
Acct No 8585
24 Railroad Ave
Albany, NY 12205


Bluevine Inc.
Acct No UNKN
30 Montgomery Street, Suite 1400
Jersey City, NJ 07302


Bradley Coffey
215 Goode Street
Burnt Hills, NY 12027


Capytal.com
Acct No UNKN
1545 Route 202, Suite 203
Pomona, NY 10970


Channel Partners Capital, LLC
Acct No 28BW
10900 Wayzata Blvd, Suite 300
Hopkins, MN 55305


Coreena Monroe
83 Middle Street #1
Ballston Spa, NY 12020

Corporate Turnaround
Acct No UNKN
95 State Rte 17
Paramus, NJ 07652


Curtis Lumber
Acct No 2828
885 NY-67
Ballston Spa, NY 12020


DCW Media
Acct No UNKN
895 Marconi Ave
Ronkonkoma, NY 11779


Denise Matusaltis
184 Sycamore Street
Albany, NY 12209


Dennis Carpenter
Acct No NA
441 Pleines Road
Chester, VT 05143


Erie Materials
Acct No EW08
99 Railroad Ave
Albany, NY 12205


First-Citizens Bank & Trust Co.
Attn: President
239 Fayetteville St
Raleigh, NC 27601


Heartland Capital Investments LLC
1104 Paris Rd
Mayfield, KY 42066-3328


Insta Funding LLC
Acct No UNKN
6 Landmark Square 4th Floor
Stamford, CT 06901


Jackson Ciavardoni
2292 Helderberg Ave
Schenectady, NY 12306

James Fitzgibbon
17 Plan Road
Clifton Park, NY 12065


KG Home Solutions Inc.
Acct No UNKN
564 Kirbytown Road
Middletown, NY 10940


Lansing Building Products
Acct No 2218
2221 Edward Holland Drive, Suite 300
Richmond, VA 23230


LM Construction 1 Corp
Acct No NA
24 Carol Ann Drive
Albany, NY 12205


Luis CS Construction Inc
Acct No NA
77 N Main Ave
Albany, NY 12203


Main Street Merchant Services, Inc.
360 Motor Parkway Suite 200B
Hauppauge, NY 11788


Maurice Wutscher LLP
Attn: Alan C. Hochheiser, Esq.
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122


Michael Quinn
1410 Curry Road Apt. 736
Schenectady, NY 12306


Nicholas Smith
107 Ryder Rd.
Broadalbin, NY 12025


Ocean Funding Corp
1000 NW 65th Street Suite 103
Fort Lauderdale, FL 33309

PVC Construction Corp
Acct No NA
580 Morris Street
Albany, NY 12208


Quick Funding Group, LLC
Acct No UNKN
99 West Hawthorn Avenue
Valley Stream, NY 11580


Quid Holdings
Acct No UNKN
500 West Putnam Avenue Suite 400
Greenwich, CT 06830


R.P. Construction & Service Corp
Acct No NA
22 Oregon Ave
Rensselaer, NY 12144


RC General Construction Inc.
Acct No NA
1111 Upper Plains Road
Salisbury, VT 05769


Richard Monroe Jr.
9 Gleneagles Blvd.
Ballston Lake, NY 12019


Shesho Construction Inc
Acct No NA
278 Manning Blvd Apt 1
Albany, NY 12206


TCM Bank N.A.
Acct No UNKN
Attn: President
3501 E Frontage Road Suite 200
Tampa, FL 33607


The LCF Group Inc.
3000 Marcus Avenue, Suite 2W15
New Hyde Park, NY 11042

Theresa Roy
8 Wall Street, Unit 411
Clifton Park, NY 12065


Toro LLC
5965 S. 900 E. Suite 300
Salt Lake City, UT 84121


W&D Service Corp
Acct No NA
53 Chatterton Ave
White Plains, NY 10606

# United States Bankruptcy Court
## Northern District of New York

In re   **New York's Premier Group LLC**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **New York's Premier Group LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 23, 2024**

Date

**/s/ Michael Boyle**

**Michael Boyle**

Signature of Attorney or Litigant

Counsel for   **New York's Premier Group LLC**

**Boyle Legal LLC**

**64 2nd Street**
**Troy, NY 12180**
**518-687-1648 Fax:518-516-5075**
**mike@boylebankruptcy.com**