R&F

R.P. Construction & Services Corp.
22 Oregon Avenue
Rensselaer, NY 12144
Telephone: (845)- 659-6498
Email: rogelio_104@icloud.com

2025 JAN -6  PM 3:43

CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

28th December 2024

Chapter 11
Case No. 24-11304

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
445 Broadway
Albany, NY 12207

Dear Honorable Judge,

  Your Honor, I hope this letter finds you well. I am writing to you regarding the claim amount of $12,800 that is listed as owed to me, Rogelio Pomaquiza, Owner of R.P. Construction & Services Corp, by New York Premier Group LLC. I apologize for not submitting this letter sooner, but I did not receive any court papers until one day before the court date on December 18th. As a result, I was unable to submit this claim prior to the court date and am now addressing the matter. The claim amount of $12,800 is incorrect. I have completed three jobs for New York Premier Group LLC for which I have not been paid.

  The first job was at 41 Pine Tree Ln, Diamond Point, NY 12824, which is over an hour's drive from Albany, NY. This was an Everlast siding project, which I worked on for 17 days with five workers each day. Some days, materials were in short supply, which caused us to stay on the project longer than expected. I was charging $25,980 for completing this project, but I was only paid $14,560. The total amount still owed for this job is $11,420.

  The second job was at 2257 Glasco Turnpike, Woodstock, NY 12498, which is about a 55-minute drive from Albany, NY. This was a standing seam metal roof project, and I worked on it for 9 days with four workers each day. I charged $12,000 for the difficulty of the project, which included five skylight wraps and one chimney wrap. I have not received any payment for this project.

  The last job was at 42 Danielle Drive, Round Top, NY 12473, which is also about a 55-minute drive from Albany. This was a 46-square shingle project, and I am owed $5,520 for this work. I have also not received any payment for completing this project.

In total, I am owed $28,940, not $12,800. I respectfully request that the claim amount for R.P. Construction & Services Corp be updated to $28,940, as that is the correct amount I am rightfully owed.

Thank you for your time and attention to this matter. I sincerely appreciate your consideration of my request.

Sincerely,

Rogelio Pomaquiza

Owner

R.P. Construction & Services Corp